IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHNNY LEE LEONARD,
         Plaintiff,
    v.                                       **Judgment in a Civil Case**
NORTH CAROLINA DEPARTMENT OF
CORRECTION; DR. OWENS; DR.
MICKLAS,
         Defendants.                   Case Number: 5:10-CT-3082-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of the defendants' motions for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendant North Carolina Department of Correction having been dismissed earlier in the action, defendant Micklos's motion for summary judgment is denied with regard to the exhaustion of administrative remedies argument, but is granted as to the defense of qualified immunity, defendant Owens's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 22, 2012, with service on:
Johnny Lee Leonard  0985503, Piedmont Correctional Center, 1245 Camp Road, Salisbury, NC 28144 (via U.S. Mail)
Lisa Y. Harper, Elizabeth McCullough and Kelly Street Brown (via CM/ECF Notice of Electronic Filing)

August 22, 2012                                    /s/ Julie A. Richards
                                                                  Clerk

Raleigh, North Carolina